# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| KIM HILLJENKINS, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No. 5:24-CV-00458 (CAR) |
| : | |
| LINCHRIS HOTEL CORP and : | |
| LCP MACON EMP LLC, : | |
| : | |
| Defendants. : | |
| : | |

## ORDER DIRECTING RESPONSE

On September 16, 2025, this Court granted Plaintiff's former counsel's motion to withdraw and motion to suspend scheduling order and stay proceedings pending Plaintiff's search for new counsel and ordered Plaintiff to either have new counsel file an appearance or notify the Court she will be representing herself within 45 days.[1] On November 5, 2025, the Court extended the time for Plaintiff to seek new counsel by 30 days to December 1, 2025.[2] As of this Order's date, Plaintiff has neither notified the Court she will be representing herself nor had new counsel file an appearance on her behalf.

Accordingly, the Court **DIRECTS** Plaintiff to respond to this Order and inform the Court whether she has hired new counsel or will represent herself by December 31,

---

[1] Doc. 22.
[2] Doc. 23.

1

2025. **Plaintiff is hereby WARNED if she fails to respond her action will be dismissed without prejudice for failure to prosecute.**

   **SO ORDERED,** this 18th day of December, 2025.

                                    s/ C. Ashley Royal_____
                                    C. ASHLEY ROYAL, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT