**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

|  |  |  |
|---|---|---|
| **KIM HILLJENKINS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:24-CV-00458-CAR** |
| | : | |
| **LINCHRIS HOTEL CORP and** | : | |
| **LCP MACON EMP LLC,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER LIFTING STAY

On September 16, 2025, the Court stayed this proceeding pending Plaintiff's search for new counsel and ordered Plaintiff to either have new counsel file an appearance or notify the Court she will be representing herself [Doc. 22].[1] On January 30, 2026, Plaintiff filed her notice informing the Court she will be representing herself.[2] Accordingly, the Court **LIFTS** the stay of this proceeding and **DIRECTS** the parties to submit a proposed revised Scheduling and Discovery Order to the Court within **14 days** of this Order's entry.

**SO ORDERED,** this 4th day of February, 2026.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] On November 5, 2025, the Court extended this stay. Doc. 23.
[2] Doc. 26.

1